UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

WILLIAM THURMAN STROUD,

Debtor.

Case No. 17-02184-swd
Chapter 7

Hon. SCOTT W. DALES
U.S. Bankruptcy Judge

## TRUSTEE'S MOTION TO EMPLOY REALTOR

Laura J. Genovich, Trustee, states as follows:

1. This case was filed under Chapter 7 of the Bankruptcy Code on or about April 30, 2017. Laura J. Genovich is the Chapter 7 Trustee.

2. Among the assets of this estate is a residence located at 75239 – 51st Street, Decatur, Michigan ("Property").

3. The Trustee has arranged with Chip Spranger of Re/Max, a licensed realtor with all qualifications including the required bond, to market and sell the Property following the entry of this Court's Order in accordance with the terms and conditions set forth in this Motion and the attached Affidavit, and subject to entry of an order approving any such sale.

4. The Trustee believes that Chip Spranger is well qualified in matters of this nature and in the handling of bankruptcy-related sales. The Trustee believes he is competent, experienced and qualified to perform the required duties.

5. To the best of the Trustee's knowledge, Chip Spranger or Re/Max has no connection with the Debtor, his creditors, or any other party in interest, or their attorneys or accountants or any other party, which would represent a conflict of the realtor conducting the sale, which opinion is verified by the Affidavit of Realtor which is filed with this Court in conjunction with this Motion.

6. The proposed realtor shall be paid a 7% commission on the sale of the Property.

7. Service of this Motion, with an opportunity to object, will be made on all of the creditors of this estate and those parties interested therein.

WHEREFORE, the Trustee requests that this Court enter an order approving Chip Spranger as realtor to the Trustee in this case and granting such other and further relief as may be just and proper.

Dated: January 23, 2018       By: _____
                              Laura J. Genovich (P72278)
                              1700 E. Beltline, NE, #200
                              Grand Rapids, MI 49525
                              (616) 726-2200

83333:90549:3479366-1

2